# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 06-cr-00465-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESUS JOSE MEDRANO,

    Defendant.

---

## MINUTE ORDER[1]

---

On **May 25, 2007**, at 1:30 p.m., the court shall conduct a hearing on **Defendant Medrano's Motion to Suppress Evidence** [#19], filed February 12, 2007. The court has reserved two (2) hours for this hearing. The U.S. Marshal shall assure the defendant's appearance for this hearing.

Dated: March 5, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.