**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00465-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JESUS JOSE MEDRANO,

    Defendant.

**ORDER GRANTING DEFENDANT'S MOTION FOR DISCOVERY,
MOTION FOR DISCLOSURE OF GRAND JURY MATERIALS, AND
MOTION FOR DISCLOSURE OF RULE 404(b) EVIDENCE**

**Blackburn, J.**

The matters before me are defendant's (1) **Motion for Discovery** [#20], **Motion For Disclosure of Grand Jury Materials** [#21], and **Motion for Disclosure of Rule 404(b) Evidence** [#22], all filed on February 12, 2007.  The motions are unopposed[1] and are granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Motion for Discovery** [#20], filed February 12, 2007, is **GRANTED**;

    2.  That the **Motion For Disclosure of Grand Jury Materials** [#21], filed February 12, 2007, is **GRANTED**; and

---

[1] *See* **Government's Response to Defendant's Motion To Suppress Evidence** [#23] filed February 23, 2007.

3.  That the **Motion for Disclosure of Rule 404(b) Evidence** [#22], filed on February 12, 2007, is **GRANTED**.

Dated September 13, 2007, at Denver, Colorado.

                                                **BY THE COURT:**

                                                <u>**s/ Robert E. Blackburn**</u>
                                                **Robert E. Blackburn**
                                                **United States District Judge**