**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 06-cr-00465-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESUS JOSE MEDRANO,

    Defendant.

---

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated May 21, 2008 at Denver, Colorado.

                                          **BY THE COURT:**

                                          s/ Robert E. Blackburn
                                          **Robert E. Blackburn
                                          United States District Judge**